In re Estate of Elizabeth Plummer, Deceased. Walter Plummer, Appellant, v. Charles Plummer, Appellee.

Gen. No. 41,164.

opinion filed November 26, 1940. Guy C. Guerine, for appellant; John A. L. Siegler, for appellee. Opinion by PRESIDING JUSTICE FRIEND. ''Not to be published in full.''